# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CRAIG C. HINE and <br> (2) CRAIG C. HINE DDS, PC; <br><br> Plaintiffs, <br><br> vs. <br><br> (1) SENTINEL INSURANCE COMPANY, LTD, <br><br> Defendant. | Case No. 18-cv-00145-GKF-FHM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Craig C. Hine and Craig C. Hine DDS, P.C., and Defendant Sentinel Insurance Company, Ltd., stipulate that this action shall be dismissed with prejudice. Each party is to bear his or its own costs and attorneys' fees.

*/s/ G. Steven Stidham*
G. Steven Stidham, OBA #8633
StidhamLaw, P.C.
406 S. Boulder Ave, Ste. 830
Tulsa, OK  74103-3826
Telephone:    (918) 707-8800
Facsimile:    (918) 707-8808
E-mail:       gstidham@stidhamlawpc.com

and

Richard E. Warzynski, OBA #14079
401 S. Boston Avenue, Suite 500
Tulsa, OK  74103
Telephone:    (918) 933-4288
E-mail:       rwarzynski@wjwattorneys.com
*Attorney for Plaintiffs*

2

          */s Samuel J. Merchant*
          Jodi W. Dishman, OBA # 20677
          Samuel J. Merchant, OBA # 32832
          MCAFEE & TAFT A PROFESSIONAL CORPORATION
          211 North Robinson, 10th Floor
          Oklahoma City, OK 73102
          Telephone:    (405) 235-9621
          Facsimile:    (405) 235-0439
          E-mail:  jodi.dishman@mcafeetaft.com
                    sam.merchant@mcafeetaft.com
          *Attorneys for Defendant Sentinel Insurance Company*